UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| EUGENE HOLLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 2:17-cv-00771-RAJ-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 27, 2018, to file objections to this Court Report and Recommendation; and

- Plaintiff shall have up to and including September 10, 2018, to file a Reply.

DATED this _____ day of _____ 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

Page 1    ORDER - [2:17-cv-00771-RAJ-JRC]