UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EUGENE HOLLEY,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. 2:17-CV-00771-RAJ

~~(PROPOSED)~~ ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)     **JUDGMENT** is for plaintiff and the case should be closed.

Dated this 9th day of October, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

(PROPOSED) ORDER ADOPTING REPORT AND RECOMMENDATION - 1