**Harvey Grad**
**Harvey Grad, PS**
323 Queen Anne Ave. N., Suite 102
Seattle, WA  98109
206.331.3927
Attorney for Plaintiff

**District Judge Richard A. Jones**
**Magistrate-Judge J. Richard Creatura**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EUGENE HOLLEY,

                Plaintiff,

    vs.

NANCY BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No.:  2:17-cv-00771-RAJ-JRC

**~~PROPOSED~~ CORRECTED ORDER
GRANTING PLAINTIFF'S MOTION
FOR EAJA FEES AND COSTS**

ORDER

    This having come on before the court on Plaintiff's motion for an award of EAJA fees and

costs, ECF 37, in which Plaintiff seeks $20.85 in cost and $6,128.29 in attorney's fees under the Equal

Access to Justice Act (EAJA), 28 U.S.C. §2412(a)(1) and (d)(1)(A), after the court's decision in

plaintiff's favor.

    A party who prevails in a civil action against the United States is entitled to costs under EAJA,

28 U.S.C. §2412(a)(1).  Additionally, a party who prevails in a civil action, other than a tort case,

against the United States is entitled to attorney's fees and expenses under EAJA, unless the Court finds

the United States's position was substantially justified or special circumstances make an award unjust.

28 U.S.C. §2412(d)(1)(A).  If attorney's fees and expenses are merited the court may award a

reasonable sum.  28 U.S.C. §2412(b); *see also Hensley v. Eckerhart*, 461 U.S. 424, 436-37 (1983)

(discussing a district court's broad discretion in determining an appropriate award).  The court finds

that under the EAJA, plaintiff is entitled to an award of attorney's fees and costs.

The Court finds the award Plaintiff requests is reasonable. Based on Plaintiff's submissions itemizing the cost of certified mail for service of process and the hours the attorney spent on this matter and using the Ninth Circuit's EAJA hourly rates, the court awards Plaintiff the following: (1) $20.85 in costs, and (2) $6,128.29 in fees as itemized by dates and conforming to the hourly rates established by the Ninth Circuit, for a total award of $6,149.14.

Accordingly, **IT IS HEREBY ORDERED:**

1.  Plaintiff's motion for costs and attorney's fees, **ECF 37**, is **GRANTED** in the amount of $6,149.14.

2.  The Commissioner is **DIRECTED** to pay EAJA costs and attorney's fees in the amount of $6,149.14.

3.  The EAJA award shall be made **Payable Directly to Plaintiff's Counsel** and should be issued and payable directly to plaintiff's attorney, Harvey Grad, 323 Queen Anne Ave. N., Suite 102, Seattle, WA 98109 in the sum of $6,128.29 in fees, and for $20.85 in costs.

4.  EAJA costs, attorney's fees and expenses, are subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

5.  Since this court remanded this case for further administrative proceedings and there are no pending motions, hearing or deadlines, the Clerk's Office is directed to now **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel. This Order supersedes Docket #41.

Dated this the 7th day of February, 2019.

_____

The Honorable Richard A. Jones
United States District Judge

Holley v. Berryhill
ORDER GRANTING PLAINTIFF'S MOTION FOR
EAJA FEES – page 2

**Harvey Grad, WSBA 6506**
**Harvey Grad, PS**
**323 Queen Anne Avenue N., Suite 102**
**Seattle, WA 98109**
**Ph.: 206.331.3927 – Fax: 206.327.9284**